

# IN THE 22ND JUDICIAL CIRCUIT COURT OF CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>THERESA COUNTS BURKE | Case Number: 0922-AC18341 |
|---|---|
| Plaintiff/Petitioner:<br>BING INFORMATION DESIGN LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>ANTHONY GERARD SIMON<br>701 MARKET STREET, SUITE 1450<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>MICROSOFT CORPORATION | Date, Time and Location of Court Appearance:<br>**20-JAN-2010, 09:30 AM**<br>**Division 27** |
| Nature of Suit:<br>AC Misc Associate Civil-Other | **CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101**     (Date File Stamp) |

## Associate Division Summons

The State of Missouri to: **MICROSOFT CORPORATION**
                **Alias:**

**C/O CSC LAWYERS INCORPORATING**
**SERVICE COMPANY 221 BOLIVAR**
**STREET**
**JEFFERSON CITY, MO 65101**

                                     **COLE COUNTY**

*COURT SEAL OF*

*CITY OF ST LOUIS*

        You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.
        If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

December 23, 2009
Date

Mariano Favazza
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than thirty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*     Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                        Date                                Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ ._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**EXHIBIT A**

# MISSOURI CIRCUIT COURT
## TWENTY-SECOND JUDICIAL CIRCUIT
### ST. LOUIS CITY

**BING! INFORMATION DESIGN, LLC,**

      **Plaintiff,**

v.

**MICROSOFT CORPORATION,**
Serve:  CSC – Lawyers Incorporating Service
        Company
        221 Bolivar Street
        Jefferson City, MO 65101

      **Defendant.**

Case No. 0922-AC18341

Division 27

**JURY TRIAL DEMANDED**

## PETITION

COMES NOW Plaintiff, Bing! Information Design, LLC, by and through its undersigned

counsel, and for its claims and causes of action against Defendant Microsoft Corporation,

alleges:

    1.    Plaintiff Bing! Information Design, LLC ("Plaintiff") is a Washington limited

liability corporation.

    2.    Defendant Microsoft Corporation ("Defendant") is now and was at all times

mentioned herein a duly organized and existing corporation, incorporated in the state of

Washington, with offices and agents for the transaction of its usual and customary business in the

State of Missouri. Defendant also maintains a registered agent in the State of Missouri for the

service of process.

    3.    This is an action for trademark infringement and unfair competition under state

law and for likelihood of injury to business reputation, dilution, and unfair trade practices under

state law as well as other torts. Plaintiff specifically states that this petition pleads no federal

RECEIVED
CIRCUIT CLERKS OFFICE
MARIA G. VAVAZZA
2009 DEC 15 PM 5: 13
CASHIER
CLERK

cause of action under the Lanham Act, 15 U.S.C. §1125 *et seq.* or any other Federal Act.

4.      Plaintiff engaged in Internet related services, including the creation of interactive

and computer-related illustrations, designs, interactive graphics, animations, and technical

diagrams, and related services.  Plaintiff has used the mark "Bing!" since at least 2000 and has

applied for registration of its mark in Missouri.  Plaintiff utilizes the Internet, search engines, and

its webpage as a primary source of advertising and promotion.

5.      Microsoft Corporation first launched its Internet business, including a

visual/graphics search component, named "bing" in 2009.  Microsoft Corporation has spent

substantial sums advertising the name of the search engine, "bing," and promoting the "bing"

name and mark, thus, creating confusion and/or reverse confusion and damage to Plaintiff who

had previously been utilizing its trademark "Bing!".

## Venue

6.      Venue is proper in the Circuit Court of St. Louis City pursuant to MO. REV. STAT.

§ 508.010 because the cause of action Plaintiff was first injured in the City of St. Louis.  Plaintiff

further states upon information and belief that Defendant has offices or agents for the transaction

of their usual and customary business within the City of St. Louis.

### COUNT I
**Common Law Trademark Infringement and Unfair Competition**
**(Injury to business reputation and dilution under state law)**

COMES NOW Plaintiff Bing! Information Design, LLC and for its first count against

Defendant Microsoft Corporation, states as follows:

7.      Plaintiff re-alleges and incorporates by reference all allegations set forth in

paragraphs 1 through 6 as if fully set out herein.

8.      This cause of action is for common law trademark infringement, unfair

competition and injury to business reputation and dilution under Missouri state law.

9.     Plaintiff is the owner of the trademark Bing! for use in connection with its Internet-based business, including its graphics and design business and related services.

10.     Bing! Information Design, LLC began using its trademark on or before 2000.

11.     Since at least 2000, Plaintiff has used the "Bing!" mark in connection with its business and has continued to use the mark without interruption up to the present time. Bing! Information Design, LLC has used the "Bing!" mark in Missouri, including the City of St. Louis, Florida, Washington, as well as other states throughout the United States and internationally.

12.     As a result of Plaintiff's advertising and promotion of the "Bing!" mark, including its website and Internet usage, Plaintiff has acquired a valuable reputation and goodwill in its business and related services.

13.     As a result of the sales, advertising, and promotion of its services under the "Bing!" mark, Plaintiff has established significant good will associated with the "Bing!" mark. The "Bing!" mark is inherently distinctive and also has acquired secondary meaning.

14.     Plaintiff has expended substantial sums in advertising and promoting its business under the "Bing!" mark. The advertising and promotion of the "Bing!" mark has including print advertisement, one-on-one business meetings, Internet promotion and advertisements, and other ways customary to the business. The "Bing!" mark has been prominently displayed in advertising and promotion.

15.     Well after Plaintiff established its rights in the "Bing!" mark, Defendant began using and intends to continue to use the mark of "bing" in connection with its Internet business, which includes image searches, refined graphics location, facilitating e-commerce through consumer use, access, and purchase of graphics and images, and assisting consumers in decision-

making.

16.     Defendant's use of the "bing" mark has caused confusion, is likely to cause confusion, including reverse confusion, mistake, or deception as to the affiliation, connection, or association of Defendant with "Bing!", or as to the origin, sponsorship, or approval of Defendant's goods and/or services by "Bing!". Defendant's acts will cause substantial harm to the good will, business reputation, and profits of Plaintiff unless the relief sought herein is granted. These acts constitute trademark infringement and unfair competition.

17.     Defendant's acts are in violation of the common law of the various states in which Defendant and Plaintiff do business, including the State of Missouri.

18.     Plaintiff has no adequate remedy at law inasmuch as money damages alone would not indemnify Plaintiff for the permanent loss of its proprietary rights, established good will, and business reputation. Unless this Court acts to enjoin Defendant, the acts of Defendant herein complained of will cause irreparable damages to Plaintiff's enterprises, property rights, good will, and business reputation.

19.     Defendant should be required to pay to Plaintiff its damages, including damages for corrective advertising to remedy and prevent confusion and reverse confusion, all profits derived from or damages suffered by Plaintiff as a result of Defendant's wrongful use and display of the "bing" name.

## COUNT II
**(Action for Injunctive Relief Pursuant to MO. REV. STAT. § 417.061)**

COMES NOW Plaintiff Bing! Information Design, LLC and for its second count against Defendant Microsoft Corporation, states as follows:

20.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 19 as if fully set out herein.

21.     Plaintiff is the owner of the "Bing!" mark, and has applied to register the mark under MO. REV. STAT. §§ 417.005 and 417.016.

22.     As set forth above, there is a likelihood of injury to the business reputation or dilution of the distinctive quality of the "Bing!" mark, registered under MO. REV. STAT. §§ 417.005 and 417.016, as well as the "Bing!" mark which is valid at common law such that Plaintiff is entitled to an injunction on the use of the "bing" name under MO. REV. STAT. §§ 417.061.1 and 417.061.2.

23.     Defendant should be required to pay to Plaintiff its damages, including damages for corrective advertising to remedy and prevent confusion and reverse confusion, all profits derived from or damages suffered by Plaintiff as a result of Defendant's wrongful use and display of the "bing" name.

## COUNT III
### (Violations of MO. REV. STAT. § 417.056)

COMES NOW Plaintiff Bing! Information Design, LLC and for its third count against Defendant Microsoft Corporation, states as follows:

24.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 23 as if fully set out herein.

25.     Plaintiff is the owner of the "Bing!" mark, and has applied to register the mark under MO. REV. STAT. §§ 417.005 and 417.016.

26.     Defendant uses the "bing" name in connection with the sale, offering for sale, or advertising of its services on or in connection therewith, which is likely to cause confusion or mistake or to deceive as to the source of the origin of such services.

27.     Defendant, therefore, is liable to Plaintiff for damages, including corrective advertising to remedy and prevent confusion and reverse confusion, lost profits because

Defendant committed its acts with knowledge that use of the name "bing" would cause confusion, mistake, or deception.

## COUNT IV
### (Tortious Interference with Business Expectancy)

COMES NOW Plaintiff Bing! Information Design, LLC and for its fourth count against Defendant Microsoft Corporation, states as follows:

28.     Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 27 as if fully set out herein.

29.     Plaintiff has a valid business expectancy in its trademark "Bing!" and the use of the "Bing!" and the use of the "Bing!" mark in connection with advertising and promoting its business.

30.     Defendant had knowledge of the mark and Plaintiff's expectancy in the use of the mark.

31.     Defendant intentionally interfered with Plaintiff's business expectancy by purposely promoting the name "bing" in such a way as to cause confusion and dilution of the value of Plaintiff's trademark.

32.     Defendant's intentional interference with Plaintiff's business expectancy was without justification or excuse in that they were driven by the improper motive to harm Plaintiff and to dilute and damage Plaintiff's trademark to the detriment of Plaintiff.

33.     As a result of Defendant's conduct, Plaintiff has been damaged.

34.     Defendant should be required to pay to Plaintiff its damages, including damages for corrective advertising and reverse confusion, all profits derived from or damages suffered by Plaintiff as a result of Defendant's wrongful use and display of the "bing" name.

35.     Defendant's conduct was outrageous due to its evil motive or reckless

interference with the rights of Plaintiff, thereby justifying an award of punitive damages in an amount to punish Defendant and to deter others from like conduct.

## COUNT V
### (Punitive Damages)

COMES NOW Plaintiff Bing! Information Design, LLC and for its fifth count against Defendant Microsoft Corporation, states as follows:

36. Plaintiff re-alleges and incorporates by reference all allegations set forth in paragraphs 1 through 35 as if fully set out herein.

37. Defendant, prior to using, promoting, and advertising its name "bing," knew of Plaintiff's use of its trademark "Bing!"

38. Defendant knew that its promotion of the name "bing" would cause confusion, dilution, and harm to Plaintiff's business and trademark.

39. Defendant's use of the name "bing" and its intent to harm Plaintiff was due to its evil motive or reckless indifference to the rights of Plaintiff and is sufficient to award punitive damages in an amount sufficient to punish Defendant and deter Defendant and others from like conduct.

WHEREFORE, Plaintiff Bing! Information Design, LLC demands judgment against Defendant Microsoft Corporation as follows:

A. That Defendant, its officers, agents, sales representatives, servants, employees, associates, successors and assigns, and all persons acting under its control, by, through, under, or in active concert or in participation with them, be preliminary and permanently enjoined from:

    1) Using any mark that is likely to cause confusion with the "Bing!" mark;

    2) Using any mark or doing any act or thing likely to induce the belief on the

part of the public or Plaintiff's customers or potential customers that Defendant's goods or services are in any way connected with Bing! Information Design, LLC; and

3) Printing, publishing, promoting, lending, or distributing any advertisement, whether written, audio, or visually portrayed which use or refer to the "Bing!" mark, or any confusingly similar mark (including "bing").

B. That Defendant deliver up for the destruction all advertising, literature, and other forms of promotional material bearing the word "bing" including, but not limited to, removing all such words from Defendant's websites;

C. That Defendant be required to pay Plaintiff such damage as Plaintiff has sustained as a result of Defendant's infringement of the "Bing!" mark, including payment for corrective advertising to remedy and prevent confusion and reverse confusion, and that Defendant's account for and pay over to Plaintiff all gains, profits, and advantages derived by Defendant from such infringement;

D. That Defendant makes a full report to this Court of its compliance of the foregoing within thirty (30) days of judgment;

E. For a fair and just amount of actual damages;

F. For punitive damages; and

G. For such other and further relief which may be deemed just and proper.

**THE SIMON LAW FIRM, P.C.**

By: _____

Anthony G. Simon, #38745
John G. Simon, #35231
Stephanie H. To, #61149
701 Market Street, Suite 1450
St. Louis, Missouri 63101
asimon@simonlawpc.com
Phone: 314-241-2929
Fax: 314-241-2029
*Attorneys for Plaintiff*