

## Corporations Division

Home  Search  Apostilles  Domestic Partnerships  Awards Program  Public Notices

PRINT THIS PAGE

Corporations Division - Registration Data Search

Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

### BING! INFORMATION DESIGN, LLC

| | |
|---|---|
| UBI Number | 602961695 |
| Category | LLC |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| Date of Incorporation | 10/12/2009 |
| Expiration Date | 10/31/2010 |
| Dissolution Date | |
| Registered Agent Information | |
| Agent Name | C T Corporation System |
| Address | 1801 West Bay Dr NW Ste 206 |
| City | Olympia |
| State | WA |
| ZIP | 98502 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| Member | Telford Joint Revocable Trust, * | 5017 City St #1914 Orlando, FL |

Purchase Documents for this Corporation »

« Return to Search List

Attachment 1

| | | |
|---|---|---|
| Apostilles | Elections & Voting | Newsroom |
| Archives | Heritage Center | Productivity Board |
| Charities | International Trade | State Flag |
| Corporations | Legacy Project | State Seal |
| Digital Signatures | Library | Washington History |

Phone Numbers | Privacy Policy | Accessibility

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 725-0377

