

# Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| BING! INFORMATION DESIGN, LLC | L08000078904 | INACT/MG |
| BING! INFORMATION DESIGN, LLC | M09000004882 | ACT |
| BING INNOVATIONS, L.L.C. | L08000042301 | ACT |
| BING INNOVATIVE TECHNOLOGIES, INC. | P07000119046 | INACT |
| BING INTERNATIONAL INC | P02000028179 | INACT |
| BING INVESTMENT CORPORATION, INC. | 372313 | INACT |
| BINGIS, INC. | P03000022465 | INACT |
| BING-KOSSOFF CONSTRUCTION CORP | 153214 | INACT |
| THE BING LAW FIRM LLC | L09000096875 | ACT |
| BINGLE, INC. | 393757 | INACT |
| BINGLE BAGS, INC. | P05000098202 | INACT |
| BING & LEE TRAN, INC. | P05000059032 | INACT/UA |
| BINGLE SHOES, INC. | L74249 | INACT |
| BINGLE'S TREE CARE, LLC | L05000056505 | INACT |
| BINGLEY BUILDERS INC | P06000028233 | ACT |
| BINGLEY ENTERPRISES INC | P07000020732 | ACT |
| BING LISTS, INC. | 326574 | INACT |
| BING MANAGEMENT, INC. | S00042 | INACT |
| BINGMAN ENTERPRISES, P.A. | P06000004985 | ACT |
| BINGMAN MANAGEMENT GROUP INC. | P09000058746 | ACT |
| BINGMANN, LLC | L05000112030 | INACT |
| BINGMAN'S PAINTING SERVICE, INC. | P94000032262 | ACT |
| BINGMAN'S REFINISHING SERVICE, INC. | P01000113436 | ACT |
| BING-MAQ CORPORATION | P92000011849 | INACT |

Attachment 2



# Detail by Entity Name

## Florida Limited Liability Company

BING! INFORMATION DESIGN, LLC

## Filing Information

| | |
|---|---|
| Document Number | L08000078904 |
| FEI/EIN Number | N/A |
| Date Filed | 08/18/2008 |
| State | FL |
| Status | INACTIVE |
| Last Event | MERGED |
| Event Date Filed | 11/09/2009 |
| Event Effective Date | NONE |

## Principal Address

5017 CITY STREET
1914
ORLANDO FL 32839 US

## Mailing Address

5017 CITY STREET
1914
ORLANDO FL 32839 US

## Registered Agent Name & Address

TELFORD, JOHN
5017 CITY STREET
1914
ORLANDO FL 32839 US

## Manager/Member Detail

**Name & Address**

Title MGR

TELFORD, JOHN
5017 CITY STREET, #1914
ORLANDO FL 32839 US

Title MGRM

TELFORD, JOHN D.
5017 CITY STREET #1914
ORLANDO FL 32839 US

Title MGRM

TELFORD, TI-LEIGH L.

5017 CITY STREET #1914
ORLANDO FL 32839 US

## Annual Reports

**Report Year    Filed Date**
2009            03/20/2009

## Document Images

| | |
|---|---|
| 11/09/2009 -- Merger | View image in PDF format |
| 03/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 10/27/2008 -- LC Amendment | View image in PDF format |
| 08/18/2008 -- Florida Limited Liability | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

# L08000078904

_____ (Requestor's Name)

_____ (Address)

_____ (Address)

_____ (City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

_____ (Business Entity Name)

_____ (Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

**L. SELLERS**
NOV 1 2 2009
**EXAMINER**

Office Use Only



200162308212

11/09/09--01028--006  **50.00

FILED
09 NOV -9 PM 8:43
SECRETARY OF STATE
TALLAHASSEE FLORIDA

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** _____Bing! Information Design, LLC_____
Name of Surviving Party

The enclosed Certificate of Merger and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to:

_____Christine M. Painter_____
Contact Person

_____Riezman Berger, P.C._____
Firm/Company

_____7700 Bonhomme Avenue, 7th Floor_____
Address

_____Clayton, Missouri 63105_____
City, State and Zip Code

_____painter@riezmanberger.com_____
E-mail address: (to be used for future annual report notification)


For further information concerning this matter, please call:

_____Christine M. Painter_____ at ( __314__ ) _____727-0101_____
Name of Contact Person         Area Code and Daytime Telephone Number

☐   Certified copy (optional) $30.00

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

# Certificate of Merger
## For
## Florida Limited Liability Company

The following Certificate of Merger is submitted to merge the following Florida Limited Liability Company(ies) in accordance with s. 608.4382, Florida Statutes.

**FIRST:** The exact name, form/entity type, and jurisdiction for each **merging** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Bing! Information Design, LLC | Florida | Limited Liability Co. |
| | | |
| | | |
| | | |

**SECOND:** The exact name, form/entity type, and jurisdiction of the **surviving** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Bing! Information Design, LLC | Washington | Limited Liability Co. |

**THIRD:** The attached plan of merger was approved by each domestic corporation, limited liability company, partnership and/or limited partnership that is a party to the merger in accordance with the applicable provisions of Chapters 607, 608, 617, and/or 620, Florida Statutes.

SECRETARY OF STATE
TALLAHASSEE FLORIDA
09 NOV -9 PH 8:43
FILED

**FOURTH:** The attached plan of merger was approved by each other business entity that is a party to the merger in accordance with the applicable laws of the state, country or jurisdiction under which such other business entity is formed, organized or incorporated.

**FIFTH:** If other than the date of filing, the effective date of the merger, which cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State:

_____.

**SIXTH:** If the surviving party is not formed, organized or incorporated under the laws of Florida, the survivor's principal office address in its home state, country or jurisdiction is as follows:

5017 City Street, #1914

Orlando, Florida 32839

_____

**SEVENTH:** If the survivor is not formed, organized or incorporated under the laws of Florida, the survivor agrees to pay to any members with appraisal rights the amount, to which such members are entitles under ss.608.4351-608.43595, F.S.

**EIGHTH:** If the surviving party is an out-of-state entity not qualified to transact business in this state, the surviving entity:

a.) Lists the following street and mailing address of an office, which the Florida Department of State may use for the purposes of s. 48.181, F.S., are as follows:

Street address: 5017 City Street, #1914

Orlando, Florida 32839

_____

Mailing address: 5017 City Street, #1914

Orlando, Florida 32839

_____

b.) Appoints the Florida Secretary of State as its agent for service of process in a proceeding to enforce obligations of each limited liability company that merged into such entity, including any appraisal rights of its members under ss.608.4351-608.43595, Florida Statutes.

**NINTH:** Signature(s) for Each Party:

| Name of Entity/Organization: | Signature(s): | Typed or Printed Name of Individual: |
|---|---|---|
| Bing! Information Design, LLC a Florida limited liability co By: Telford Joint Revocable Trust Dated Sep. 6, 2007, sole member | *(signed)* | John Telford, Trustee |
| | *(signed)* | Ti-Leigh Telford, Trustee |
| Bing! Information Design, LLC a Washington limited liability co By: Telford Joint Revocable Trust Dated Sep. 6, 2007, sole member | *(signed)* | John Telford, Trustee |
| | *(signed)* | Ti-Leigh Telford, Trustee |

Corporations:                          Chairman, Vice Chairman, President or Officer
                                       *(If no directors selected, signature of incorporator.)*
General partnerships:                  Signature of a general partner or authorized person
Florida Limited Partnerships:          Signatures of all general partners
Non-Florida Limited Partnerships:      Signature of a general partner
Limited Liability Companies:           Signature of a member or authorized representative

**Fees:**  For each Limited Liability Company:    $25.00
           For each Corporation:                  $35.00
           For each Limited Partnership:          $52.50
           For each General Partnership:          $25.00
           For each Other Business Entity:        $25.00

**Certified Copy (optional):**                    $30.00

FILED 09 NOV -9 PH 8:43 SECRETARY OF STATE TALLAHASSEE FLORIDA

# PLAN OF MERGER

**FIRST:** The exact name, form/entity type, and jurisdiction for each **merging** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Bing! Information Design, LLC | Florida | Limited Liability Co. |
| | | |
| | | |

**SECOND:** The exact name, form/entity type, and jurisdiction of the **surviving** party are as follows:

| Name | Jurisdiction | Form/Entity Type |
|---|---|---|
| Bing! Information Design, LLC | Washington | Limited Liability Co. |

**THIRD:** The terms and conditions of the merger are as follows:

Subject to and in accordance with the terms of the Plan of Merger, upon the

the effectiveness of these Articles of Merger, Bing! Information Design, LLC

(Florida) shall be merged with and into Bing! Information Design, LLC (Washington)

and Bing! Information Design, LLC (Washington) shall be the surviving entity in the

merger. The surviving entity shall succeed by operation of law, without other trans-

fer or action to all of the rights, title, interests and property, tangible or intangible,

of Bing! Information Design, LLC (Florida), and shall assume all debts, obligations,

and liabilities of Bing! Information Design, LLC (Florida) as if Bing! Information

*(Attach additional sheet if necessary)*

Design, LLC (Washington) had itself incurred such debts, obligations and liabilities.

## FOURTH:

A. The manner and basis of converting the interests, shares, obligations or other securities of each merged party into the interests, shares, obligations or others securities of the survivor, in whole or in part, into cash or other property is as follows:

Immediately prior to the Merger, the Telford Joint Revocable Trust dated Sep. 6, 2007 ("Trust") is the record and beneficial owner of all Membership Interests - being any and all rights, privileges and interest that a Member may have in a limited liability company, including but not limited to rights to capital, rights to profits/losses, rights to distributions, and voting rights, of any name or nature - and as of the Effective Date of this Merger, all Membership Interests of Bing! Information Design, LLC (Florida) shall, by virtue of the Merger and without any action on the part of the Member of either of the merging entities, be cancelled, and the Trust shall be the sole member of Bing! Information Design, LLC (Washington).

*(Attach additional sheet if necessary)*

B. The manner and basis of converting rights to acquire the interests, shares, obligations or other securities of each merged party into rights to acquire the interests, shares, obligations or others securities of the survivor, in whole or in part, into cash or other property is as follows:

Immediately prior to the Merger, the Telford Joint Revocable Trust dated Sep. 6, 2007 ("Trust") is the record and beneficial owner of all Membership Interests (as defined above) and as of the Effective Date of the Merger, all Membership Interests of Bing! Information Design, LLC (Florida) shall, by virtue of the Merger and without any action on the part of the Member of either of the merging entities, be cancelled, and the Trust shall be the sole Member of Bing! Information Design, LLC (Washington).

*(Attach additional sheet if necessary)*

**FIFTH:** Any statements that are required by the laws under which each other business entity is formed, organized, or incorporated are as follows:

_____

_____

_____

_____

_____

_____

_____

*(Attach additional sheet if necessary)*

**SIXTH:** Other provisions, if any, relating to the merger are as follows:

This Merger shall be effective in the state of Florida upon the filing of the Articles of Merger ("Effective Date"). This Merger may be abandoned prior to the Effective Date by mutual consent of the merging parties.

_____

_____

_____

_____

*(Attach additional sheet if necessary)*

FILED 09 NOV -9 PM 8:43 SECRETARY OF STATE TALLAHASSEE FLORIDA

# 2009 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L08000078904

FILED
Mar 20, 2009
Secretary of State

**Entity Name:** BING! INFORMATION DESIGN, LLC

**Current Principal Place of Business:**

5017 CITY STREET
1914
ORLANDO, FL 32839   US

**New Principal Place of Business:**

**Current Mailing Address:**

5017 CITY STREET
1914
ORLANDO, FL 32839   US

**New Mailing Address:**

**FEI Number:**   FEI Number Applied For ( )   FEI Number Not Applicable (X)   Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

TELFORD, JOHN
5017 CITY STREET
1914
ORLANDO, FL 32839 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                    Date

**MANAGING MEMBERS/MANAGERS:**

Title:      MGR       ( ) Delete
Name:       TELFORD, JOHN
Address:    5017 CITY STREET, #1914
City-St-Zip: ORLANDO, FL 32839 US

Title:      MGRM      ( ) Delete
Name:       TELFORD, JOHN D.
Address:    5017 CITY STREET #1914
City-St-Zip: ORLANDO, FL 32839 US

Title:      MGRM      ( ) Delete
Name:       TELFORD, TI-LEIGH L.
Address:    5017 CITY STREET #1914
City-St-Zip: ORLANDO, FL 32839 US

**ADDITIONS/CHANGES:**

Title:         ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:         ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:         ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  JOHN D. TELFORD                                 MGR             03/20/2009
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

**L080000 78904**

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000137240830

10/27/08--01023--012  **25.00

FILED
2008 OCT 27 PM 1:42
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

C. LEWIS
OCT 28 2008
EXAMINER

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: BING! INFORMATION DESIGN, LLC
(Name of Limited Liability Company)

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Christine M. Painter
(Name of Person)

Riezman Berger, P.C.
(Firm/Company)

7700 Bonhomme Avenue, 7th Floor
(Address)

Clayton, Missouri 63105
(City/State and Zip Code)

For further information concerning this matter, please call:

Robert G. Oesch at ( 314 ) 727-0101
(Name of Person)     (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee ☐ $30.00 Filing Fee & Certificate of Status ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed) ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

MAILING ADDRESS:
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

STREET/COURIER ADDRESS:
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

FILED

2008 OCT 27 PM 1:42

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

BING! INFORMATION DESIGN, LLC
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on August 18, 2008 and assigned Florida document number L08000078904.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent: _____

New Registered Office Address: _____
(Enter Florida street address)

_____, Florida _____
(City) (Zip Code)

<u>New Registered Agent's Signature, if changing Registered Agent:</u>

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

(If Changing Registered Agent, <u>Signature of New Registered Agent</u>)

Page 1 of 2

If amending the Managers or Managing Members on our records, <u>enter the title, name, and address of each Manager or Managing Member being added or removed from our records</u>:

MGR = Manager
MGRM = Managing Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGRM | John Telford | 5017 City Street, #1914<br>Orlando, Florida 32839 | ☐ Add<br>☒ Remove |
| MGRM | John D. Telford and Ti-Leigh L. Telford, as Trustees of the ~~Telford Joint Revocable~~ Trust dated September 6, 2007 | 5017 City Street, #1914<br>Orlando, Florida 32839 | ☒ Add<br>☐ Remove |
| MGR | John Telford | 5017 City Street, #1914<br>Orlando, Florida 32839 | ☒ Add<br>☐ Remove |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

Dated October 21, 2008.

_Signature of a member or authorized representative of a member_

Robert G. Oesch, Attorney
Typed or printed name of signee

Page 2 of 2

Filing Fee: $25.00

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L08000078904
FILED 8:00 AM
August 18, 2008
Sec. Of State
dbruce

## Article I
The name of the Limited Liability Company is:
    BING! INFORMATION DESIGN, LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
    5017 CITY STREET
    1914
    ORLANDO, FL. US 32839

The mailing address of the Limited Liability Company is:
    5017 CITY STREET
    1914
    ORLANDO, FL. US 32839

## Article III
The purpose for which this Limited Liability Company is organized is:
    ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
    JOHN TELFORD
    5017 CITY STREET
    1914
    ORLANDO, FL. 32839

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity. I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature: JOHN TELFORD

## Article V

The name and address of managing members/managers are:

Title: MGRM
JOHN TELFORD
5017 CITY STREET, #1914
ORLANDO, FL.  32839  US

Signature of member or an authorized representative of a member
Signature: PAUL FAGYAL

L08000078904
FILED 8:00 AM
August 18, 2008
Sec. Of State
dbruce