
## Detail by Entity Name

### Foreign Limited Liability Company

BING! INFORMATION DESIGN, LLC

### Filing Information

**Document Number** M09000004882
**FEI/EIN Number** NONE
**Date Filed** 12/14/2009
**State** WA
**Status** ACTIVE

### Principal Address

5017 CITY ST - # 1914
ORLANDO FL 32839

### Mailing Address

5017 CITY ST - # 1914
ORLANDO FL 32839

### Registered Agent Name & Address

TELFORD, JOHN
5017 CITY ST - # 1914
ORLANDO FL 32839

### Manager/Member Detail

**Name & Address**

Title MGR

TELFORD, JOHN
5017 CITY ST - # 1914
ORLANDO FL 32839

### Annual Reports

No Annual Reports Filed

### Document Images

12/14/2009 -- Foreign Limited     View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

Attachment 3

# M09000004882

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP  ☐ WAIT  ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____  Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300163385403

12/14/09--01034--013  **125.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
09 DEC 14 AM 10:41

T. HAMPTON
DEC 15 2009
EXAMINER

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** __Bing! Information Design, LLC__
Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

__Christine M. Painter__
Name of Person

__Riezman Berger, P.C.__
Firm/Company

__7700 Bonhomme Avenue, 7th Floor__
Address

__Clayton, Missouri 63105__
City/State and Zip Code

__painter@riezmanberger.com__
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

__Christine M. Painter__ at ( __314__ ) __727-0101__
Name of Person     Area Code & Daytime Telephone Number

**MAILING ADDRESS:**
Division of Corporations
Registration Section
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Division of Corporations
Registration Section
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Enclosed is a check for the following amount:

[✓] $125.00 Filing Fee  [ ] $130.00 Filing Fee & Certificate of Status  [ ] $155.00 Filing Fee & Certified Copy  [ ] $160.00 Filing Fee, Certificate of Status & Certified Copy

# APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. __Bing! Information Design, LLC__
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida and attach a copy of the written consent of the managers or managing members adopting the alternate name. The alternate name must include "Limited Liability Company," "L.L.C," "LLC.")

2. __Washington__
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. _____
   (FEI number, if applicable)

4. __10/12/2009__
   (Date of Organization)

5. __perpetual__
   (Duration: Year limited liability company will cease to exist or "perpetual")

6. _____
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 5017 CITY STREET, #1914

   ORLANDO FL 32839 US
   (Street Address of Principal Office)

FILED 09 DEC 14 AM 10:41 SECRETARY OF STATE DIVISION OF CORPORATIONS

8. If limited liability company is a manager-managed company, check here ☑

9. The name and usual business addresses of the managing members or managers are as follows:

   John Telford, 5017 CITY STREET, #1914, ORLANDO FL 32839 US

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: __See Attachment A__ attached hereto and incorporated herein by this reference.

_____
Signature of a member or an authorized representative of a member.
(In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

John Telford, Trustee of the Telford Joint Revocable Trust dated 9/6/07,
Typed or printed name of signee                                          sole member

APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR
AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA
FOR BING! INFORMATION DESIGN, LLC

### Attachment A

11. Nature of business or purposes to be conducted or promoted in Florida:

The creation of Information graphics; Illustrations; Charts; Maps; Animation; Technical diagrams and other Multimedia and interactive projects, as well as the creation of Logo / branding / identity pieces; Brochures and collateral materials and Print advertisements

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
09 DEC 14 AH 10:41

# CERTIFICATE OF DESIGNATION OF REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

   **Bing! Information Design, LLC**

If unavailable, the alternate to be used in the state of Florida is:

2. The name and the Florida street address of the registered agent and office are:

   John Telford
   (Name)

   5017 City Street, #1914
   Florida Street Address (P.O. Box **NOT** ACCEPTABLE)

   Orlando, FL 32839
   City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

*John D. Telford*
(Signature)

| | |
|---|---|
| $ 100.00 | Filing Fee for Application |
| $ 25.00 | Designation of Registered Agent |
| $ 30.00 | Certified Copy (optional) |
| $ 5.00 | Certificate of Status (optional) |

FILED 09 DEC 14 AM 10:47
SECRETARY OF STATE
DIVISION OF CORPORATIONS



# The State of Washington

## Secretary of State

I, SAM REED, Secretary of State of the State of Washington and custodian of its seal, hereby issue this

### CERTIFICATE OF EXISTENCE/AUTHORIZATION

### OF

### BING! INFORMATION DESIGN, LLC

**I FURTHER CERTIFY** that the records on file in this office show that the above named Limited Liability Company was formed under the laws of the State of WA and was issued a Certificate Of Formation in Washington on 10/12/2009.

**I FURTHER CERTIFY** that as of the date of this certificate, BING! INFORMATION DESIGN, LLC remains active and has complied with the filing requirements of this office.

Date: December 9, 2009

UBI: 602-961-695

Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Sam Reed, Secretary of State