**David Harlan**

**From:** westlaw@westlaw.com
**Sent:** Wednesday, January 13, 2010 11:31 AM
**To:** Donna Fisher
**Subject:** ti-leigh telford florida driver's license

Westlaw.

### FLORIDA DRIVERS LICENSE RECORD

#### NAME INFORMATION

Name:                      TI-LEIGH LAWSON TELFORD

Date of Birth:               04/1970

Gender:                   FEMALE

#### ADDRESS INFORMATION

Address:                  5017 CITY ST APT 1914
ORLANDO, FL 32839

#### LICENSE INFORMATION

License Issue Date:        09/29/2008

License Expiration Date:     04/06/2015

License State:             FL

Previous License State:      MO

END OF DOCUMENT
© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Attachment 4

1/13/2010