## David Harlan

**From:** westlaw@westlaw.com
**Sent:** Wednesday, January 13, 2010 11:30 AM
**To:** Donna Fisher
**Subject:** john telford florida driver's license

Westlaw.

FLORIDA DRIVERS LICENSE RECORD

NAME INFORMATION

| | |
|---|---|
| Name: | JOHN DAVID TELFORD |
| Date of Birth: | 03/1971 |
| Gender: | MALE |

ADDRESS INFORMATION

| | |
|---|---|
| Address: | 5017 CITY ST APT 1914<br>ORLANDO, FL 32839 |

LICENSE INFORMATION

| | |
|---|---|
| License Issue Date: | 12/19/2008 |
| License Expiration Date: | 03/13/2017 |
| License State: | FL |
| Previous License State: | MO |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.