**5017 City St**
**APT 1914** Orlando FL 32839

2 beds, 2.0 baths, 1,063 sq ft
**Zestimate®: $129,500**

Get a free professional estimate
**My Estimate:**

**Monthly Payment: $ 553 edit**
Check Your Credit Score for $0

**Bird's Eye View**



See a

## Home Info

**Public Facts:**
- Condo
- 2 beds
- 2.0 bath
- 1,063 sqft
- Built in 1997

**Neighborhood: Park Central**

**Nearby Schools:**

**District:**
  Orange County School ...
**Primary:**
  Palmetto Elementary ...
**Middle:**
  Memorial Middle Scho ...
**High:**
  Mid Florida Tech

See more Park Central local information
See more Park Central schools

## Charts & Data



See all charts & data

**ZESTIMATE®: $129,500**
Value Range: $64,750 -

Work with an agent from Watson
Realty Corp to get a professional
estimate.

First Name*

Last Name*

Email Address*

Phone Number*
(   )   -   ext.

$137,270
30-day change: -$8,000
*Zestimate updated: 01/11/2010*

I am
Please Choose One

Message (optional)

**Last sale and tax info**

**2008 Property Tax:**
$2,086

: 40 – Car-Dependent

**Or call (888) 786-2745**

**Street Map**

**5017 City Street, Orlando, FL**
Bird's eye view and larger map for 5017 City St
Edit map location for 5017 City St

**Alternate Addresses**
5017, city, st, saint, sainte, ste, str, street, strt, apt, apartment, unit, 1914, park central, park central, park s central, park scentral, parkcentral, parks central, parkscentral, pk central, pkcentral

Attachment 6